# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MOJARRO,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:15-cv-1692-BAM<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO PROSECUTE<br><br>**RESPONSE DUE October 18, 2016** |

On November 6, 2015, Plaintiff Jose Luis Mojarro ("Plaintiff") filed the complaint in this action.  (ECF No. 1.)  On November 12, 2015, this Court entered a scheduling order in this action. (Doc. 7).  Pursuant to the Court's scheduling order, Plaintiff is required to prosecute this action by either seeking voluntary remand or filing a dispositive motion within 95 days from the date of service of the administrative record by Defendant. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. *See* Local Rule 110.

A review of the docket reveals that the administrative record was filed on March 29, 2016.  (Doc. 12).  Plaintiff's opening brief was therefore due no later than July 5, 2016.  To date, Plaintiff has not filed his opening brief.

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's scheduling order and

Plaintiff's failure to prosecute this action.  Plaintiff shall file a written response to this order to show cause no later than **October 18, 2016.**  Plaintiff is forewarned that failure to respond to this order to show cause will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **October 11, 2016**               /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

2